UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-Mj-2991-Louis

UNITED STATES OF AMERICA

v.

SANDRO LINS,

      Defendant.
_____/

FILED BY ___CB___ D.C.

May 16, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    /s/ Brianna Coakley
    BRIANNA COAKLEY
    Assistant United States Attorney
    Court ID No. A5503184
    United States Attorney's Office
    99 Northeast Fourth Street
    Miami, Florida 33132-2111
    Tel: 305-961-9127
    Email: Brianna.coakley@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:25-mj-2991-Louis |
| SANDRO LINS, | ) |
| | ) |
| | ) |
| Defendant. | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 15, 2025  in the county of  Miami-Dade  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, section 111 | Forcibly Assaulting a Federal Officer-bodily injury |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Mitchell J. DiResta, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ~~Face Time~~

Date: 5/16/25

*Judge's signature*

City and state: Miami, Florida     Honorable Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mitchell DiResta, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since June 2023. I am a graduate of the Criminal Investigator Training Program and Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center, Glynco, Georgia. Before my work with HSI, I served as a local law enforcement officer in the State of New Hampshire for seven years. Currently I am assigned to the Parcel and Passenger Investigations Group at the Miami International Airport ("MIA"), in Miami, Florida.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

3. I submit this Affidavit in support of a criminal complaint charging **Sandro LINS**, whose date of birth is September 26, 1992, with Forcibly Assaulting a Federal Officer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

4. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials and witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against **LINS** for the aforementioned offense of assaulting a federal officer.

## PROBABLE CAUSE

5. On or about May 15, 2025, the victim C.M. was assigned to the customs holding cell area at MIA and was working in his capacity as a Customs and Border Protection Officer ("CBPO"), which is a federal law enforcement officer. At approximately 8:30pm, C.M. was providing food for the prisoners in the customs cell area as part of his CBPO duties.

6. As he passed out food, C.M. opened the door to cell number 3, which housed **LINS**. **LINS** first accepted the food tray that C.M. handed him. As C.M. went to shut the door, however, **LINS** forcibly lunged at C.M. and, according to C.M., exited the threshold of the cell door into the hallway. **LINS** then pushed C.M. into the wall where the two men engaged in a physical struggle.

7. Surveillance video from the cell hallway shows **LINS** forcibly emerging from the cell and physically engaging C.M. The video then depicts **LINS** placing one hand on C.M.'s neck/collar area and the other hand on C.M.'s arm to push C.M. into the wall. The video then depicts the struggle that ensued, which involved the two physically engaging and the fight making its way down the cell hall. **LINS** and C.M., while still engaged in the physical altercation, fell to the ground where it appears that **LINS** struck the C.M. several times in the upper thoracic area.

8. Multiple CBPOs responded after hearing the struggle. The responding CBPOs found **LINS** still physically engaged with C.M. **LINS** was restrained by a responding CBPO.

9. As a result of **LINS**' assault, C.M. sustained injuries to his shoulder, ribs, back, and right arm. C.M. was transported to the hospital by Miami-Dade Fire/Rescue, and his hospital evaluation revealed fractures to his ribs.

## CONCLUSION

10. Based on the foregoing facts and circumstances and your Affiant's training, knowledge, and expertise, I believe there is probable cause to believe that, on May 15, 2025, **Sandro LINS** did violate Title 18, United States Code, Sections 111(a)(1) and (b).

**FURTHER AFFIANT SAYETH NAUGHT.**

MITCHELL J. DIRESTA
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 16 day of May 2025.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE